NUMBER 13-01-453-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS
 CHRISTI

____________________________________________________________________

 

NATIONAL ADVERTISING COMPANY,          Appellant,

 

                                                   v.

 

PEOPLE'S
MANUFACTURING HOUSING, INC.

AND PEOPLE'S MANAGEMENT, LTD.,                                    Appellees.

____________________________________________________________________

 

                   On appeal from the County Court at Law No. 4

                                  of Hidalgo
 County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                       Before Justices
Dorsey, Yañez, and Chavez

Opinion
Per Curiam

 








Appellant, NATIONAL
ADVERTISING COMPANY, perfected an appeal from a judgment entered by the County Court at Law No. 4 of Hidalgo County, Texas, in cause number CL-30,235-D.  After the
record and briefs were filed, and after the cause was submitted to this Court,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that the matter has been settled.  Appellant requests that the appeal be dismissed.

The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted.  The appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed this

the 28th day
of February, 2002.